IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDUARDO GRIFFITH-MALONEY,                :
                                         :
        Petitioner                       :
                                         :
    v.                                   :  CIVIL NO. 3:CV-12-182  **FILED**
                                         :
ERIC HOLDER, ET AL.,                     :  (Judge Conaboy)        **SCRANTON**
                                         :
        Respondents                      :                         FEB 1 7 2012

PER _____
DEPUTY CLERK

## ORDER

    AND NOW, THIS 1 DAY OF FEBRUARY, 2012, in accordance with
the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1.  The petition for writ of habeas corpus to the
    extent it challenges Griffith-Maloney's ongoing
    detention is construed as a request for release
    under 8 C.F.R. § 241.13.  The ICE shall respond to
    the request as mandated under said regulations.

2.  Petitioner's challenge to his ongoing detention,
    having been referred to the ICE for disposition
    under its existing review procedures, is hereby
    dismissed without prejudice.

3.  The Clerk of Court is directed to **CLOSE** this case.

7

4.   The Clerk of Court is directed to serve a copy of the petition (Doc. 1) and  this Memorandum and Order by certified mail on Respondents.


RICHARD P. CONABOY
United States District Judge