IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDUARDO GRIFFITH-MALONEY,      :
                               :
          Petitioner           :
                               :
     v.                        :  CIVIL NO. 3:CV-12-182  **FILED**
                               :                          **SCRANTON**
ERIC HOLDER, ET AL.,           :  (Judge Conaboy)
                               :                          FEB 1 7 2012
          Respondents          :

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 1 DAY OF FEBRUARY, 2012, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1.   The petition for writ of habeas corpus to the extent it challenges Griffith-Maloney's ongoing detention is construed as a request for release under 8 C.F.R. § 241.13. The ICE shall respond to the request as mandated under said regulations.

2.   Petitioner's challenge to his ongoing detention, having been referred to the ICE for disposition under its existing review procedures, is hereby dismissed without prejudice.

3.   The Clerk of Court is directed to **CLOSE** this case.

7

4.  The Clerk of Court is directed to serve a copy of the petition (Doc. 1) and  this Memorandum and Order by certified mail on Respondents.

RICHARD P. CONABOY
United States District Judge